UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 10-11047-WGY

MANUSZAK
Plaintiff

v.

ESTY, ET AL
Defendant

ORDER OF DISMISSAL

YOUNG, D.J.

After a filing of a notice of voluntary on 9/1/10 ,this Court Orders that the above entitled action be and hereby is Dismissed

Sarah Thornton
Clerk

By: /s/ Elizabeth Smith
Deputy Clerk

September 2, 2010

Notice mailed to counsel of record.